**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 99-4068

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas |
| | * | |
| Lucio Sanchez Estrada, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: April 11, 2000

Filed: April 26, 2000

_____

Before BOWMAN and HANSEN, Circuit Judges, CARMAN, Judge[1].

_____

PER CURIAM.

Lucio S. Estrada (Estrada) appeals from the District Court's[2] denial of

---

[1] The Honorable Gregory W. Carman, Chief Judge of the United States Court of International Trade, sitting by designation.

[2] The Honorable Harry F. Barnes, United States District Court Western District of Arkansas.

Estrada's motion to suppress evidence allegedly seized from his vehicle in violation of the Fourth Amendment of the United States Constitution. Having reserved his right to appeal by accepting a conditional guilty plea for possession with intent to distribute heroin under 21 U.S.C. § 841(a)(1) (1994), Estrada argues on appeal that the stop of his vehicle and his subsequent detention by law enforcement officials constitute illegal seizures as such action was taken without reasonable suspicion or probable cause.

After hearing testimony from a law enforcement official regarding Estrada's stop and detention, the District Court found sufficient facts existed to support the conclusion that law enforcement had reasonable suspicion to stop and detain Estrada. Accordingly, the District Court denied Estrada's motion to suppress evidence.

Having considered the record and the parties' submissions and finding no error in the findings of fact or conclusions of law of the District Court, we conclude the District Court correctly denied Estrada's motion to suppress. Because an extended opinion by this Court would add nothing of substance to the jurisprudence of this Circuit, we affirm the District Court without further opinion.

AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.